UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JULIE BALLOU, Plaintiff,

v.

VANCOUVER POLICE OFFICERS'
GUILD, Defendant.

Case No. C09-05086-RBL

**ORDER DENYING DEFENDANT'S
MOTION FOR RECONSIDERATION**

This matter is before the Court on Plaintiff's Motion for Reconsideration. [Dkt. #28]. The Court has reviewed and considered the Motion.

Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier. Local Rule 7(h). This standard has not been met in this case, and the Court will not Reconsider its prior ruling [Dkt. #27].

It is ORDERED that Plaintiffs' Motion for Reconsideration [Dkt. #28] is DENIED.

DATED this 14th day of July, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE