# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

JULIE BALLOU,
     v.
VANCOUVER POLICE OFFICERS'
GUILD.

CASE NUMBER: C09-5086 RBL

[ √ ] **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's Motion for Judgment on the Pleadings as to the NLRA claim is GRANTED.

Plaintiff's claim under NLRA is DISMISSED.   The case, including the pending Motion for Leave to File an Amended Complaint is REMANDED to state court.

DATED :     JULY 20, 2009

                                    BRUCE  RIFKIN
                            *Clerk*

                               /s/   Jean Boring
                        *(By) Deputy Clerk*, Jean Boring