# United States District Court
WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE
ON TAXATION OF COSTS

JULIE BALLOU,

    v.                                 CASE NUMBER: C09-5086RBL

VANCOUVER POLICE OFFICER GUILD,

[ √ ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Costs are taxed against PLAINTIFF and on behalf of the DEFENDANT in the amount of $350.00.

*DATED:*  August 24, 2009

                                                        BRUCE RIFKIN
                                               *Clerk*

                                                 /s/ Jean Boring
                                            *(By) Deputy Clerk*, Jean Boring