# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JULIE BALLOU,<br><br>    Plaintiff,<br><br>  v.<br><br>VANCOUVER POLICE OFFICERS' GUILD,<br><br>    Defendant. | CASE NO. CR09-5086RBL<br><br>MINUTE ORDER |

  NOW, on this 2nd day of September, 2010, the Court directs the Clerk to enter the following Minute Order:

  Pursuant to the Mandate of the Court of Appeals for the Ninth Circuit the Clerk is hereby directed to remand this case to Clark County Superior Court, Cause # 09-2-00287-1.

  The foregoing Minute Order entered by  s/Jean Boring , Deputy Clerk, BY DIRECTION OF THE HONORABLE RONALD B. LEIGHTON, UNITED STATES DISTRICT JUDGE.

Minute Order - 1